UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
COURT FILE NO.: 1:23-cv-28

| | |
|---|---|
| Christopher Schmidt,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Citibank N.A.,<br><br>　　　　　Defendant. | **NOTICE OF DISMISSAL** |

　　　PLEASE TAKE NOTICE that Plaintiff, Christopher Schmidt, under Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before the opposing party serves either an answer or a motion for summary judgment), hereby voluntarily dismisses Defendant Citibank N.A. in this action with prejudice.

Dated this 19th day of September 2023.

　　　　　　　　　　　　　　　　　　By: s/Thomas J. Lyons Jr.
　　　　　　　　　　　　　　　　　　Thomas J. Lyons, Jr., Esq.
　　　　　　　　　　　　　　　　　　Attorney I.D. #: 0249646
　　　　　　　　　　　　　　　　　　**CONSUMER JUSTICE CENTER, P.A.**
　　　　　　　　　　　　　　　　　　367 Commerce Court
　　　　　　　　　　　　　　　　　　Vadnais Heights, MN 55127
　　　　　　　　　　　　　　　　　　Telephone: (651) 770-9707
　　　　　　　　　　　　　　　　　　Facsimile:　(651) 704-0907
　　　　　　　　　　　　　　　　　　Email: tommy@consumerjusticecenter.com

　　　　　　　　　　　　　　　　　　*ATTORNEY FOR PLAINTIFF*